## HELEN BORETTI ET AL. *v.* THE PANACEA COMPANY ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 67 Conn. App. 223 (AC 19482), is denied.

*Norman J. Voog*, in support of the petition.

*Edward V. Walsh*, in opposition.

Decided January 28, 2002

---

## STATE OF CONNECTICUT *v.* ANTHONY JEFFERSON

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 249 (AC 20112), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Pamela S. Nagy*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided January 28, 2002

---

## STATE OF CONNECTICUT *v.* RUSSELL JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 67 Conn. App. 299 (AC 20349), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.